# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNTED STATES OF AMERICA** | ) |
| Plaintiff, | ) |
|  | ) Case No. 20-cr-00064 |
| v. | ) |
| **KENNETH O. COATES,** | ) |
| Defendant. | ) |

## CONSENT MOTION FOR
## PROTECTIVE ORDER GOVERNING DISCOVERY

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the United States of America, by and through its undersigned attorney, hereby moves for entry by this Court of a protective order that will ensure the confidentiality of personal identity information and business records that are included within the government's evidence and discovery materials in this case.

Entry of a protective order restricting the use, dissemination, and disposition of documents containing personal identity information and business records is essential to permit the United States to provide extensive discovery to the defendant in a timely fashion while protecting the personal and proprietary information of the defendant and others in this case. The United States conferred with counsel for the defendant regarding the attached Proposed Protective Order and the defendant consented to it.

WHEREFORE, the government respectfully moves the Court to enter the Proposed Protective Order which was filed as an attachment to this motion.

Respectfully submitted,

ROBERT A. ZINK
Chief, Fraud Section
Criminal Division
United States Department of Justice

By:     /s/ Michael P. McCarthy
Michael P. McCarthy, D.C. Bar #1020231
Daniel P. Butler, D.C. Bar # 417718
Trial Attorneys, Fraud Section
Criminal Division
United States Department of Justice
1400 New York Avenue, N.W.
Bond Building, Fourth Floor
Washington, D.C. 20530
(202) 305-3995 (McCarthy)
Michael.McCarthy2@usdoj.gov
(202) 307-2184 (Butler)
Daniel.Butler2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Consent Motion for Protective Order Governing Discovery and the attached Proposed Order have been served via ECF upon counsel for the defendant on March 18, 2020.

/s/ *Michael P. McCarty*
_____
MICHAEL P. MCCARTHY
Trial Attorney, Fraud Section
Criminal Division
United States Department of Justice